UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PATTI HARRISON, individually and in
behalf of her two minor children,

    Plaintiff,

-vs-                                                  Case No.  5:04-cv-457-Oc-10GRJ

VILLAGES TRI-COUNTY MEDICAL
CENTER, INC. d/b/a Villages Regional
Hospital,

    Defendant.
_____

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 22) recommending that the Plaintiff's Complaint be dismissed with prejudice for the Plaintiff's failure to prosecute this action and for her failure to comply with an Order of the Court. The Magistrate Judge further recommends that Final Judgment be entered in favor of the Defendant in the amount of $1,014.10.  There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 22) is adopted, confirmed and made a part hereof;

(2) the Plaintiff's Complaint is DISMISSED with prejudice; and

(3) the Clerk is directed to enter judgment in favor of the Defendant in the amount of $1,014.10, terminate any pending motions, and close the file on this matter.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 14th day of June, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record